IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CLARENCE COPELAND,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0639

Opinion filed April 4, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Clarence Copeland, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of mandamus is denied as premature.

ROBERTS, C.J., LEWIS and WINSOR, JJ., CONCUR.